ACCEPTED
04-15-00107-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 11:59:06 AM
KEITH HOTTLE
CLERK

## No. 04-15-00107-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/13/2015 11:59:06 AM

KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

**JUSTIN V. HAYNES,**
*Appellant*

**v.**

**ALICIA BRYAN HAYNES,**
*Appellee*

On Appeal from Cause No. 2012-Cl-14023, In the 166th Judicial District Court of Bexar County, Texas, Honorable David Canales, Presiding

## ADVISORY REGARDING CLERK'S RECORD

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant Justin V. Haynes and, pursuant to the Court's April 2, 2015 Order, files this advisory addressing the status of the Clerk's Record.

## I.

On April 2, 2015, the Court entered an order requiring Appellant to advise the Court as to the status of the payment of the Clerk's Record. The Bexar County District Clerk provided an invoice with the estimated cost of the

Clerk's Record on April 1, 2015. On April 6, 2015, the undersigned delivered a

check to the District Clerk's office paying the estimated invoice in full.

Respectfully submitted,

/s/ Ryan G. Anderson_____
Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON,
PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205
Tel: (210) 399-0198
Fax: (210) 855-5050
ryan@rgalawpc.com

Richard O. Orsinger
State Bar No. 15322500
Amber Alwais
State Bar No. 00796953
MCCURLEY ORSINGER MCCURLEY
NELSON & DOWNING, L.L.P.
1717 Tower Life Building
San Antonio, Texas 78205
Tel: (210) 225-5567
Fax: (210) 267-7777
**Attorneys for Appellant**
**Justin V. Haynes**

## CERTIFICATE OF SERVICE

I certify that on April 13, 2015, a true and correct copy of this document was served by email pursuant to the Texas Rules of Appellate Procedure on:

Michael D. Conner
Whitney N. Rawlinson
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002

Biff Pennypacker
WILSON, PENNYPACKER & THOMPSON LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217

***Attorneys for Appellee
Alicia Bryan Haynes***

*/s/ Ryan G. Anderson*_____
RYAN G. ANDERSON